**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Group Participation

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** ELEY, KENDRA | | | | **Reg #:** ~~8859-511~~ |
| **Date of Birth:** ~~08/10/1988~~ | **Sex:** F | **Facilitator:** (P)Booher, V. SPPC | | |
| **Date:** 09/30/2025 | **Group Facility:** ALD | **Group Title:** [839] SEPT THRU NOVEMBER | | |

**Status:** Completed

**Enroll Date:** 09/30/2025    **End Date:** 11/04/2025

**Total Hours:** 5.0

## SESSION DATA:

**Number of Sessions:** 5    **First Session Date:** 09/30/2025    **Last Session Date:** 11/04/2025

| Date | Title | Duration | Attendance | Participation |
|---|---|---|---|---|
| 11/04/2025 | WEEK 5 | 60 | Complete Session | Good |
| 10/28/2025 | WEEK 4 | 60 | Complete Session | Poor |
| | Session Note: NO GROUP PART | | | |
| 10/21/2025 | WEEK 3 | 60 | Complete Session | Poor |
| | Session Note: NO GROUP PART. COUNSELED AND TOLD NEED TO PARTICIPATE | | | |
| 10/14/2025 | WEEK 2 | 60 | Complete Session | Good |
| 09/30/2025 | WEEK 1 | 60 | Complete Session | Good |

| Attendance | | Participation | |
|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 60.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % |
| | | Poor | 40.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 0.0 % |
| Absent Excused | 0.0 % | | |
| Absent Not Excused | 0.0 % | | |